IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMANTHA JOHNSON-PERSON,

    Plaintiff,

v.                              CASE NO. 4:14cv133-RH/CAS

CITY OF TALLAHASSEE,

    Defendant.

_____/

## ORDER ON NOTICE OF CONFLICT

The defendant has given notice that its attorney has trials in two other cases that may conflict with the trial in this case. ECF No. 10. The trial in this case will be stacked within the trial period to avoid any conflict in preparation for or trial of these cases, or other steps will be taken as necessary. The other trials will have priority over this one. The issue will be addressed at the pretrial conference.

SO ORDERED on May 4, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge