IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMANTHA JOHNSON-PERSON,

    Plaintiff,

v.                              CASE NO. 4:14cv133-RH/CAS

CITY OF TALLAHASSEE,

    Defendant.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos. 12 and 13, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of April 22, 2014, ECF No. 9,

IT IS ORDERED:

The Scheduling and Mediation Order of April 22, 2014, ECF No. 9, remains in effect.

SO ORDERED on May 15, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge